**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:

    Maurice Tennessee, Jr.          Case # 09-11117-RGM
    and
    Kathy Reaves Tennessee

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| MAURICE TENNESSEE, JR.<br>850 N. Randolph Street  #234<br>Arlington, Va 22203 | $10.00 |

Dated:    November 22, 2010    __/s/Thomas P. Gorman _____
    Thomas P. Gorman
    300 North Washington Street, Ste. 400
    Alexandria, VA 22314
    (703) 836-2226
    VSB#26421